UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERNESTO ORITO, | CASE NO. C17-1372 RSM |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION REVISING CASE SCHEDULE |
| DELTA AIR LINES, INC., *et al.*, | |
| Defendants. | |

Pursuant to the stipulated motion of the parties (Dkt. #14) and after finding good cause, the date for trial and the unexpired case deadlines are revised to the following:

| | |
|---|---|
| **JURY TRIAL DATE** | **April 8, 2019** |
| Length of Trial | 3–5 days |
| Discovery completed by: | November 5, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | December 7, 2018 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties,** held no later than | February 22, 2019 |
| All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | March 11, 2019 |

ORDER – 1

| | | |
|---|---|---|
| 1 | Agreed pretrial order due | March 27, 2019 |
| 2 | Pretrial conference to be scheduled by the Court | |
| 3 | Trial briefs, proposed voir dire questions, | April 3, 2019 |
| 4 |    jury instructions, neutral statement of<br>   the case, and trial exhibits due | |

DATED this 12th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2